UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY -9 AM 11: 20

CLERK
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

ZAVIER BUCHANAN and
DAVE LEBLANC,
    Defendants.

Docket No.

2:24-cr-51-1-2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about early 2022 and in or about the summer of 2023, in the District of Vermont and elsewhere, the defendants, ZAVIER BUCHANAN and DAVE LEBLANC, knowingly and willfully conspired together and with others, known and unknown to the Grand Jury, to commit wire fraud, that is, to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and to transmit and cause to be transmitted by interstate wire writings, signs and signals for the purpose of executing the scheme.

(18 U.S.C. § 1349)

A TRUE BILL

███████████
FOREPERSON

*Nikolas P. Kerest*
NIKOLAS P. KEREST (NTB/PJV)
United States Attorney
Burlington, Vermont
May 9, 2024